## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| LISA J. HAVARD,<br><br>　　Plaintiff,<br><br>v.<br><br>EASTPOINT RECOVERY GROUP, INC.<br><br>　　Defendant. | 9:18-cv-00185RC-ZIH |

**ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff, LISA J. HAVARD, by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Motion for Clerk's Entry of Default and the Court having reviewed same, hereby ORDERED.

1. An Entry of Default shall be entered against the Defendant, Eastpoint Recovery Group, Inc.

Dated: _____

　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　Judge, U.S. District Court